```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA THOMAS, ) | Case No. 2:06-CV-01406-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

    1)  Pages 6 & 198 of the as yet unfiled Certified Administrative Transcript are confidential records pertaining to one or more individuals other than Plaintiff;

    2)  Pages 6 & 198 will be removed from the Certified Administrative Transcript prior to filing with the court, and from all copies of the Transcript, and destroyed by Plaintiff's

1  attorney, the Assistant United States Attorney, and the Assistant
2  Regional Counsel.
3      3)  Pages 6 & 198, mistakenly included in the Transcripts,
4  will not be disclosed to anyone.
5      4)  The inadvertent inclusion of Pages 6 & 198 in the
6  Certified Administrative Transcript will not be a basis for a
7  claimed error.
8  / / /
9  / / /
10 / / /

27 THOMAS v. Barnhart
   Redaction Stip. & Order
28 2:06-cv-01406-CMK                    **2**

```
DATE: December 21, 2006          /s/ Peter Brixie (as authorized on
                                 December 20, 2006)
                                 PETER BRIXIE
                                 Attorney at Law

                                 Attorney for Plaintiff


DATE: December 21, 2006          McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney


                            By:  /s/ Bobbie J. Montoya for
                                 LEO R. MONTENEGRO
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   January 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

THOMAS v. Barnhart
Redaction Stip. & Order
2:06-cv-01406-CMK                **3**