1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8931
      Facsimile:  (415) 744-0134
7     E-Mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13 MELBA THOMAS,                )
                                )  CIVIL NO. 2:06-cv-01406-CMK
14       Plaintiff,             )
                                )  STIPULATION AND ORDER SETTLING
15       v.                     )  ATTORNEY'S FEES PURSUANT TO THE
                                )  EQUAL ACCESS TO JUSTICE ACT (EAJA)
16 MICHAEL J. ASTRUE,           )
   Commissioner of              )
17 Social Security,             )
                                )
18       Defendant.             )
19 ─────────────────────────────)

20       It is stipulated by the parties through their undersigned counsel, with the Court's approval, that

21 Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE

22 THOUSAND NINE HUNDRED NINETY-FIVE and 00/100 DOLLARS ($1,995.00), for compensation

23 for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a

24 compromise settlement for all claims under the EAJA in this action, but not constituting any admission

25 of Defendant's liability under the EAJA in this action.

26       Payment of fees in the amount of ONE THOUSAND NINE HUNDRED NINETY-FIVE and

27 00/100 DOLLARS ($1,995.00) shall constitute a complete release from and bar to any and all claims of

28 Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future

1. request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                            Respectfully submitted,

Dated: November 2, 2007        /s/ Peter Brixie
                                          (As authorized via facsimile)
                                          PETER BRIXIE
                                          Attorney for Plaintiff

Dated: November 2, 2007        McGREGOR W. SCOTT
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ Leo R. Montenegro
                                          LEO R. MONTENEGRO
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                                    ORDER

      APPROVED AND SO ORDERED.

DATED: November 15, 2007

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE